UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVONTE ANDREW EDWARDS,

    Defendant.

_____/

Hon. Hala Y. Jarbou

Case No. 1:25-cr-00156

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in an Indictment. The Indictment charges defendant with sexual exploitation of a child, in violation of 18 U.S.C.§ 2252(a) and (e) and 18 U.S.C. § 2256(2). Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1) and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on November 5, 2025, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the statutory presumption of detention as to risk of non-appearance. The Court also finds, as explained on the record, that the government has sustained its burden by clear and

convincing evidence that he is a danger to the community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on November 6, 2025.

                                                 /s/ Phillip J. Green
                                               PHILLIP J. GREEN
                                               United States Magistrate Judge