# Exhibit A

# Natacha Edwards Letter

Dear Honorable Hala Y. Jarbou,

My name is Natacha Edwards. I am a CNA who became disable because of heart failure, diagnosed in January 2025. I am writing to you today as a deeply concerned mother, to offer a character reference and express my unwavering support for my son, Devonte' Edwards, who is currently detained at the Newaygo County Jail.

I want to be absolutely clear that I do not condone the actions that led to his current incarceration, nor do I minimize the gravity of the circumstances. Devonte understands the profound impact of his choices and is, I assure you, truly remorseful for the pain and consequences he has caused. He recognizes that he must take full accountability for his actions, and he is prepared to do so.

Beyond his remorse, I have observed a genuine commitment in Devonte' to pursue meaningful transformation. He is acutely aware that he needs specific support and guidance to address the underlying issues that contributed to his incarceration and to ensure he never repeats these mistakes. From a young age, I instilled in him values of integrity, spiritual resilience, and the importance of seeking truth, even when difficult. He was a bright and engaged student, attending advanced schools from elementary grades and excelling academically during his two years at a private Christian school, which further reinforced these foundational principles.

Indeed, Devonte has consistently demonstrated a strong work ethic and a desire to contribute positively to society. He began his professional life early, securing his first job during his junior year of high school and maintaining employment while completing his studies. Following high school graduation, he continued working and enrolled at KVCC, where he diligently pursued and earned an Associate Degree in Applied Science. This academic achievement and his consistent employment history underscore a character that is capable of dedication, perseverance, and responsible engagement.

I have every confidence in Devonte's commitment to profound personal growth and mental well-being. It is my earnest hope that, during his incarceration, he will have access to programs and resources specifically designed to support his mental health and facilitate a constructive path forward. A genuine opportunity for rehabilitation, allowing Devonte to apply his inherent potential towards becoming a truly re-integrated and contributing member of society, would not only mean the world to our family but also represent a vital step towards his complete transformation.

Thank you for considering my heartfelt plea on behalf of my son. I remain hopeful for a future where Devonte' can demonstrate his reformed character and contribute positively to our community once again.

Sincerely,

Natacha Edwards