# Exhibit B

# LaFrance Edwards Letter

Dear Honorable Hala Y. Jarbou,

My name is LaFrance Edwards. I am a supervisor for a security guard company during the day, also I work for a cleaning company in the evenings. I am writing to you today regarding my brother, Devonte' Edwards. From my earliest memories, Devonte has always been a pillar of strength and a guiding presence in my life, embodying the very essence of a loving and protective older sibling. He consistently demonstrated a profound sense of integrity, unwavering empathy, and deep-seated respect for others.

The revelation of Devonte's recent struggles brought with it an initial wave of profound disappointment and confusion, a stark contrast to the upright character he has consistently displayed throughout his life. However, through prayer and reflection, my heart has been guided towards understanding, and the deep spiritual conviction that forgiveness is not merely an option, but a fundamental tenet of our faith and humanity. This difficult period, while profoundly disorienting, has paradoxically strengthened our family bonds. We are a family forged in resilience, taught by our matriarch, our beloved Mother, that our sacred duty is to uplift and support one another through every trial and tribulation.

Beyond his familial role, Devonte has always been a man of admirable qualities. His intelligence, natural charisma, and genuine kindness allowed him to effortlessly connect with people, whether on the football field in his youth or in his adult life. He possesses an innate desire to assist others, extending his help without hesitation to family, friends, and colleagues alike. His work ethic is equally commendable; since the age of sixteen, he has maintained continuous employment, diligently balancing work with his high school studies, and later, his college education. He has consistently contributed to our society as a responsible, tax-paying citizen.

I have unwavering faith that Devonte possesses the inherent capacity to not only return to, but to significantly enhance, his productive contributions to society upon his release. His profound remorse for his actions is evident in his consistent apologies and deep desire for genuine internal change. He is committed to addressing the root causes of this behavior, or addiction, ensuring it does not resurface, and striving to become a better version of himself. This commitment speaks volumes about his character and his sincere intention to rebuild and contribute positively to our community.

Thank you for considering my heartfelt perspective on my brother's character and his potential for a meaningful future.

Sincerely,

LaFrance Edwards

*LaFrance Edwards*