# Exhibit D

# Rosenberg Report



**Rosenberg**

**&**

**Associates**

P.O. Box 220
Washington, Michigan 48095
248-210-4498
Specializedmentalhealth.com

---

| | |
|---|---|
| **Name:** | **Devonte A. Edwards** |
| **Sex:** | **Male** |
| **Age:** | **26** |
| **DOB:** | ▇▇▇▇▇ |
| **Address:** | **Currently detained in Newago County Jail** |
| **Interview Date:** | **02-02-2026** |
| **Completed by:** | **Matthew D. Rosenberg, LMSW** |

This report is in regard to the psychosexual assessment this writer completed on Devonte Edwards. I am a psychotherapist who specializes exclusively in the assessment and treatment of sexual abuse and deviancy. I was the senior clinician at the Childrens' Center's Adolescent Sexual Abuser Program for eight years, and I am the clinical director of Rosenberg & Associates. I was formally trained to work with sexual offenders in the Michigan Department of Corrections, under the direct supervision of Chief Psychologist Dr. Robert Beseda. I am a clinical member of the Association for the Treatment of Sexual Abusers and the National Association of Social Workers. I have over 45,000 direct clinical hours working with sexually reactive children, and adolescent and adult sexual offenders. I have been qualified as an expert in the areas of sexual abuse, psychosexual evaluation, risk assessment, and forensic protocol in various Circuit Courts and in Federal Court. I regularly conduct psychosexual evaluations and risk assessments for Child Protective Services, Foster Care Agencies, probation departments, defense attorneys, and various Courts in Michigan. I am the founder of the Michigan Coalition on Sexual Abuse and Deviancy and The Horizon Newsletter on Sexual Abuse & Deviancy, and author of Understanding, Assessing, and Treating Sexual Offenders. Finally, I lecture on sexual abuse and deviance throughout the United States and Canada.

This writer conducts all therapy sessions and evaluations using Telemedicine. This writer used Zoom, which is an encrypted face-to-face video platform. The purpose of this evaluation is to assist in determining Devonte's clinical problem areas (if any) and his risk of engaging in criminal sexual behaviors.

This writer reviewed "consent to evaluate" with Devonte Edwards and informed him that this is an evaluation and anything he says could potentially be in this report. Devonte reported that he understood and gave this writer consent to evaluate him as well as authorization to furnish his criminal defense attorney with the final copy of the report.

## Contacts/Document Review

This writer spoke with Devonte's attorney, Mr. Eric Fletterman, to obtain additional information and reports. This writer thoroughly reviewed the ***United States District Court (Western Division) Indictment.*** This writer met with Devonte Edwards for approximately four hours over the course of one meeting and spent another hour reviewing prior reports. This evaluation was conducted using an encrypted telemedicine platform.

## Presenting Problem

The client is a 26-year-old male who was referred to this writer by his attorney for a psychosexual assessment relative to his sexual adjustment, dynamics surrounding his sexual behaviors and to complete a risk-assessment on him. Devonte Edwards has been charged with one Federal count of child exploitation and is awaiting trial.

Devonte stated that in March of 2025, he added an underage female to be friends with on his Snapchat account.  He stated that the female, ▆▆▆ was thirteen years of age.  He stated that he told ▆▆▆ his real age at the start of the communications.  He reported that he and ▆▆▆ chatted about meeting in person to engage in sexual activity together.  He reported that he drove near her home and picked her up (he stated that ▆▆▆ left her home without permission) and together they drove back to his apartment and had sexual intercourse.  He stated that ▆▆▆ requested that he record their sexual act on her smartphone.  He stated that he did send the video to ▆▆▆ because he stated she asked him to send it to her.  Devonte stated that he and ▆▆▆ met a second time a few months later and had intercourse.  He reported that he used a condom each time and stated that they engaged in mutual oral sex and fondling behaviors.  He adamantly denied the use of force or coercion.

The police reports/complaint also had numerous text correspondence between Devonte and ▆▆▆  In those chats he stated that he had had sexual contact with young children and that he would want to marry someone with very young children.  Devonte stated that these chats were "fantasy based" and that he had never been sexual with a child aside from ▆▆▆ in the past.  The complaint also stated that law enforcement discovered approximately 175 images and 200 videos of child sexually abusive material on his devices.

Devonte stated that ▆▆▆ disclosed to her friends at school that she had sexual contact with an adult male and child protective services was contacted soon after who in turn contacted the police.

He denied ever engaging in sexually assaultive behaviors in the past (hands-on) aside from his current infraction.

He denied having any other allegations of sexual misconduct.  He stated that he has not thought that he has had a pornography or sexual addiction in the past.

He denied experiencing violent sexual fantasies or "rape" fantasies in the past.

He denied experiencing sexually violent fantasies or rape fantasies.  He stated that he has a slight interest in B.D.S.M.

Devonte denied a history of being presexualized, sexually abused as a child or teen, or physically abused as a child or teen.  He stated that he has a memory when he was a very young child of being naked with his sister but stated that is all he can recall.

Devonte stated that he has felt that he may have a pornography or sexual addiction.

This examiner will specifically explore Devonte Edwards's mental status, the quality and reliability of his statements, whether or not he exhibits any signs of paraphilic behaviors (or a specific paraphilia, such as exhibitionism), and lastly, will offer general and specific recommendations based upon the findings from this evaluation.

## Strengths/Supports

When asked to identify his strengths and supports, Devonte stated that he is proud that he earned his associate's degree.    He stated that he has a good ability to "pay attention" to details and that he "learns easy".  He stated that he currently has just a few long-term close friendships outside of family.

## Concerns/Risks

At the time of this interview, Devonte Edwards stated that he currently feels relatively safe in the Newago County jail.

## Natural Support System

Devonte Edwards stated that he has good relationships with his mother, his older brother and his two sisters.  He also stated that he has good relationships with some extended-family members.

## Treatment Needs

When asked if Devonte feels that he is need of specialized therapy to assist him with sexual problems, he stated that he would be receptive to initiating and receiving specialized therapy.  He stated that he has never had specialized therapy in the past to

assist him with sexual compulsivity or behavioral problems.  Finally, Devonte stated that he did receive some psychiatric and general mental health therapy from 2023 to 2024.

### Fact/Fiction Analysis

This writer spent approximately fifteen minutes of the interview time determining the level of Devonte's reality-testing and ability to differentiate fact from fiction.  Devonte appeared to understand the difference between a lie and truth, and fact from fiction. He appeared to be reality-based and differentiated between reality and fantasy.  He does not appear to be psychotic.  Devonte does not appear to have a learning disability or a cognitive impairment.

### Substance abuse/use

Devonte stated that he has never had issues surrounding alcohol usage.  He reported that he has used alcohol on an occasional basis in the past.  He stated that he has never had an alcohol or drug-related infraction in the past.  He stated that he did use marijuana products on a daily basis until his incarceration.  He denied any other drug usage or experimentation.  He stated that he has never received substance abuse treatment in the past.

### School History

Devonte reported that he graduated from Kalamazoo Central High School in 2018 with a 3.5 grade-point-average.  He reported that he never received special education services during his schooling career.   He stated that he did feel like he was chronically teased and bullied throughout his schooling career, and he stated that this had a significant impact on his self-esteem and confidence.  He denied exhibiting behavioral issues/problems during his schooling.  Devonte stated that he earned his associate's degree in applied sciences from Kalamazoo Valley Community College in 2024.

### Employment History

Devonte reported that he had been employed on a full-time basis prior to his incarceration.  He denied exhibiting any employment related behavioral issues or disciplinary issues in the past.

### Criminal History

Devonte stated that prior to the current arrest, he had never been arrested or convicted of a serious crime in the past.   He denied having any past allegations of sexual misconduct. He denied having any juvenile delinquency issues as a child or teen.

## Psychosexual Interview

This writer conducted a structured psychosexual interview and assessment with Devonte Edwards.    Devonte was cooperative with this writer throughout the entire interview period.  He had disclosed information regarding his sexual history in a consistent manner. This writer uses an interviewing technique to monitor for malingering.  Malingering is when a client will make him or herself "look better" to an evaluator than he or she really is, or when the client is deceptive during the evaluation.   Malingering occurs during almost every sexual abuse evaluation (both victims and abusers); however, if malingering is too pronounced it renders the results invalid. He gave consistent information throughout the evaluation period and therefore this writer has assessed that his malingering is of a mild nature.

## Risk Assessment

This writer utilized two different static-variable risk assessments to assist in projecting the risk Devonte will pose to the community for a sexual offense should he not receive any specialized therapy.

On the **Rosenberg Historical Risk Assessment**, Devonte scored as a "6", or is projected as a moderate-risk to offend sexually in the future.  This assessment is historical in design and demonstrates a projected risk of re-offense if none of the variables are altered and if the client does not obtain therapeutic services.  This tool breaks down the level of risk into six primary domains: chronicity of the problem, severity of denial, abuse history, antisocial behaviors, family support, and empathy.   When examined more closely, Devonte received two points under the chronicity domain (low), one point under the denial domain (low), one point under the abuse history domain (low), zero points under the antisocial domain (low), zero points under the family domain (low); and two points under the empathy domain (low). The Rosenberg Historical is a clinical assessment used in conjunction with the Vermont Assessment of Sexual Offender Risk (VASOR).

The **Vermont Assessment of Sex-Offender Risk** is a screening tool designed for assessing risk of adult male sex offenders.  The instrument yields a "Re-offense Risk" score and a "Violence" risk score to achieve an overall "Risk Score".   Scores may underestimate or overestimate the actual risk of some offenders.  Most offenders who score in the "Low" range, and many who score in the "Moderate" range, can be safely supervised and treated in a community setting.  Offenders who score in the "High" range generally require incarceration to protect the public.

On the **Vermont Assessment of Sex-Offender Risk** (assesses both re-offense risk and violence risk), Devonte scored as low-risk for a sexual re-offense (raw score 17 points), and a low-risk for violence potential (raw score=15).  This risk assessment is utilized in many correctional settings throughout the United States and is also historical in nature (uses his past behaviors as an indicator for future behaviors).

Based on this writer's thirty-year career dealing with male sexual deviance, sexual abusers, and victims, it is this writer's clinical opinion that Devonte is currently at a low/moderate risk for engaging in sexually abusive acts in the future.  He has no prior allegations of sexual misconduct.  He has no significant drug or alcohol abuse issues and no other criminal arrests or convictions.  There were no reports of incest in his family system aside from his biological mother being sexual and physically abused as a child by an older male family member.  He does not, at the present, appear to fully understand the motivations behind his behaviors or the impact on the victim (note this is common prior to receiving specialized therapy).

## Clinical Formulation

Based on the clinical interview and psychosexual assessment measures, Devonte Edwards's responses were not indicative of pedophilic interests, fantasies, and behaviors. He does not appear to exhibit the signs of frotteurism, fetishism, exhibitionism, voyeurism, sadism, or masochism.  He does not meet the clinical criteria for a paraphilia called hebephilia.  Hebephilia is a paraphilia (sexual fixation disorder) where the man's primary sexual interests are in pubescent to post-pubescent teens.  The hebephile is aroused by the more adult-like body of a teen but also but the child-like mindset.  He does not meet the clinical criteria for voyeurism.  He does not exhibit the symptoms of the development of any paraphilia (sexual fixation disorder) at the present time; however, while in specialized therapy, his therapist should continuously assess this.

He reported that he began viewing hardcore pornography at fourteen or sixteen years of age.   He should refrain from any pornography usage as it has been demonstrated that pornography can be highly addictive most notably for males. The overexposure to hardcore pornography for any younger male (and female) can have a significant impact on his (or her) sexual development and also creates hypersexuality and objectification of sex.  Chronic hardcore pornography exposes teens and young adults to inappropriate, distorted, highly intense stimuli and because teens have very little sexual experience with another person, there is little to offset the effects on sexual development.  His score on a sexual addiction (Men's Sexual Screening Test) screen was somewhat elevated (**M-SAST** score 19) suggesting that he likely has a moderate sexual addiction.  This should be examined further over time while he is in specialized therapy.

He has no reported history of engaging in violent behaviors.  He does not appear to be predatory.

One static-variable risk assessment project his risk for a sexual offense as low in the future while a second rated his risk as moderate.  It is this writer's clinical opinion that Devonte is a low/moderate risk for engaging in criminal sexual behaviors in the future.

There was no significant evidence to suggest that Devonte was presexualized. Presexualization is when a child becomes erotisized prematurely.  This can be due to early exposure to pornography, witnessing others having sexual intercourse, or by being sexually abused.  He denied being presexualized or sexually abused as a child; however,

he stated that he has a memory when he was a very young child of being naked with his sister.  This should be continuously assessed while he is in specialized therapy.

He does not appear to exhibit any cognitive distortions (thinking errors).  Cognitive distortions are "thinking errors" that an adult male may experience that justifies engaging in inappropriate sexual behaviors as well as the continuance of engaging in such behaviors.  For example, an adult with significant cognitive distortions may believe that a very young child can make up his or her mind to be sexual with an adult; or that some young children act very seductively; or that engaging in sexual behaviors with a very young child is a way of teaching the child sexual education.  Devonte did not endorse any items on the **Bumby Cognitive Distortions Scale** that indicate he experiences distortions.  Although he does not exhibit any significant cognitive distortions, while in specialized therapy he and his therapist should monitor for any cognitive distortions regarding sex and sexual behaviors.

He does not appear to harbor any anger towards females or males, and he has no history of violence.

His current insight into why he engaged in these illicit activities is limited.  This is a common dynamic in clients prior to receiving specialized therapy.  His therapist should continuously address this and increase his insight and awareness into the motivators behind these behaviors.  Devonte reported that he was chronically teased, rejected, and bullied by his school peers throughout his schooling career.  He also reported growing up significantly impoverished at times.  It appears as though these dynamics caused Devonte to have very poor self-esteem and he likely has felt females his own age are "off limits" because of the rejection; thus, he likely felt more comfortable talking with and being sexual with a child.  While in therapy, he needs to internalize the reasons engaging in such activities are inappropriate.  Moreover, he and his therapist should assist him with empathy enhancement particularly regarding ▮▮▮▮  Special emphasis while in therapy should be victim empathy enhancement especially for ▮▮▮▮

It is this writer's clinical opinion that he could benefit from a didactic (educational) component in his therapy to increase his awareness of consequences (personal, legal, familial, etc.), healthy boundaries, meaning of consent and how to apply it to practical situations, and to expose him to the hazards of pornography and sexual addiction (preventative).   Devonte must address all of his vulnerabilities while in specialized treatment.

He reported that he first had sexual intercourse when he was eighteen years of age with a same-age girlfriend at the time.  He stated that he has had sexual intercourse with 10 to 20different females thus far in his life.  He admitted that he was sexual with a male when he was nineteen years of age.  He stated that this was the only male he has been sexual with.

It is this writer's clinical opinion that Devonte does appear to exhibit guilt and remorse over his actions; however, he does not appear to understand the motivation behind his offensive behaviors at this time.

In summary, Devonte appears to be a low/moderate risk for engaging in sexually abusive acts in the future and does not currently pose a threat to engage in violent behaviors.  He has no prior criminal history or history of previous allegations of sexual misconduct.  It is this writer's clinical opinion that Devonte's clinical prognosis is rated as "fair to good".

This writer would also highly recommend that Devonte ask for and initiate the Residential Sex Offender Program offered by the Bureau of Prison (i.e. Deven's correctional).  This is an intensive two-year treatment program.  He should request it approximately four years prior to his release.

## Observations

Devonte Edwards is a 26-year-old male who is approximately 6'2" tall and 270 pounds. He appeared to be fairly well-groomed with fair hygiene (note he is in county jail).   He appeared to be in a euthymic mood with congruent affect.  His thoughts were well-organized and relevant to the subject matter. He was oriented to person, place, and time and exhibited no symptoms of psychosis.  His psychomotor activity was viewed as being within normal limits.   His speech was coherent and within the normal range.  He denied suicidal and homicidal ideation at the time of this interview.  He stated that he is prescribed and taking Zyprexa and Celexa psychotropic medications.

## Diagnosis

| | | |
|---|---|---|
| **Axis** | **I:** | **R/O Impulse control disorder, NOS** |
| | | **R/O Hebephilia** |
| | | **Sexual addiction-mild/moderate** |
| **Axis** | **II:** | **No diagnosis** |
| **Axis** | **III:** | **No medical issues reported** |
| **Axis** | **IV:** | **Involvement with Court, Family stress** |
| **Axis** | **V:** | **Global Assessment of Functioning Score 52** |

## Recommendations

1. It is recommended that Devonte Edwards initiate specialized individual therapy. Therapy should review sexual education material, hazards of pornography, the basics on sexual addiction prevention and support, and helping him increase his empathy for victims of sexual abuse.  Therapy should also focus on helping him understand "consent" and how to apply it in practical situations.  He should also work on non-sexual forms of intimacy during his therapy.  Therapy should also

expand his coping and social skills.  Therapy should focus with Devonte on healthy sexual boundaries and sexual outlets. More specifically he should address the following areas while in therapy:

- Work on non-sexual intimacy skills
- To work on his relationship skills and how to develop and maintain healthy relationships
- To increase his impulse control skills
- To increase his coping skills and social skills.
- To create a thorough relapse prevention plan and support list
- To engage in covert sensitization exercises to strengthen impulse control skills
- To work on increasing coping strategies
- To assist him with managing his sexual behaviors in a healthy manner
- To enhance his empathy for victims of sexual abuse
- To assist him with internalizing and processing the reasons he engaged in sexual activity with a young teenager.
- To assist in improving his self-esteem and self-confidence.

2.  It is recommended that Devonte refrain from all pornography usage and that he has filtering/accountability software installed on all devices he has access to in the future.

3.   It is recommended that attend four to six Sex Addicts Anonymous meetings for additional support.

4.  It is recommended that Devonte continue to see his psychiatrist to monitor his mental status, his medications, and for additional support.

_____          03-09-2026
Matthew D. Rosenberg, LMSW                        Date
Clinical Director
Specialized Mental Health Services
www.specializedmentalhealth.com

9