UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DEVONTE ANDREW EDWARDS,

      Defendant.

_____/

Case No. 1:25-cr-156

Hon. Hala Y. Jarbou
Chief United States District Judge

**DEFENDANT'S MOTION FOR DOWNWARD VARIANCE**

Devonte Andrew Edwards, through his attorney Eric Fleddermann of the Office of the Federal Public Defender, moves this Honorable Court to vary downward from the applicable advisory guideline range in this matter. Under the 18 U.S.C. § 3553(a) factors and the standard for the imposition of a sentence sufficient, but not greater than necessary, a downward variance would be appropriate in this case. The basis for this requested variance is set forth in the Defendant's Sentencing Memorandum.

Respectfully submitted,

SEAN R. TILTON
Federal Public Defender

Dated: March 24, 2026

/s/ Eric Fleddermann
ERIC FLEDDERMANN
Assistant Federal Public Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420